## **VERIFICATION**

I, Patrick Sean Sander, verify and declare under penalty of perjury that, I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives – Phoenix Division, that I have read the foregoing Complaint for Forfeiture *In Rem* and know the contents, and that the matters contained in the Complaint are true to my own knowledge, except that those matters alleged upon information and belief and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case.

I verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of September 2023.

Patrick Sean Sander, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Phoenix Division